■ THE PEOPLE OF THE STATE OF NEW YORK ex rel. CALVIN FRETT, Appellant, v WARDEN OF RIKERS ISLAND CORRECTIONAL FACILITY et al., Respondents. [807 NYS2d 295]—Appeal from order, Supreme Court, Bronx County (Caesar Cirigliano, J.), entered January 24, 2005, which denied petitioner's application for a writ of habeas corpus and dismissed the petition, unanimously dismissed as moot, without costs.

The appeal claiming procedural errors regarding a preliminary parole revocation hearing was rendered moot by the final hearing determination (*People ex rel. Benton v Farsi*, 1 AD3d 126 [2003]). Were we to consider petitioner's claims, we would

find them waived (*see Matter of White v New York State Div. of Parole*, 60 NY2d 920, 922 [1983]; *cf. People ex rel. Melendez v Warden of Rikers Is. Correctional Facility*, 214 AD2d 301, 302 [1995]), in any event, without merit (*see People ex rel. Lee v La Paglia*, 249 AD2d 601, 602 [1998], *lv denied* 92 NY2d 807 [1998]), and, as regards his claim that he is entitled to parole time credit, not ripe for review (*see e.g. Matter of Cold Spring Harbor Area Civic Assn. v Suffolk County Dept. of Health Servs.*, 305 AD2d 499, 500-501 [2003]). Concur—Buckley, P.J., Tom, Sullivan, Nardelli and McGuire, JJ.